HIRSCH ADELL (CSB 34208) and
J. DAVID SACKMAN (CSB 106703) Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
email: jds@rac-law.com

Attorneys for Defendant California's Valued Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LODI MEMORIAL HOSPITAL ASSOCIATION, INC., a California Public Benefit Corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>BLUE CROSS OF CALIFORNIA, dba ANTHEM BLUE CROSS, a California Corporation; ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE Co., a California Corporation; THE WELLPOINT COMPANIES, INC., an Indiana Corporation; WELLPOINT, INC., an Indiana Corporation; ANTHEM HEALTH PLANS OF VIRGINIA, INC., a Virginia Corporation; BLUE CROSS BLUE SHIELD OF TEXAS, a Texas Corporation; COMMUNITY INSURANCE COMPANY, dba ANTHEM BLUE CROSS AND BLUE SHIELD OF OHIO, an Ohio Corporation; MCLANE COMPANY,INC., a Texas Corporation; CARPENTERS HEALTH AND WELFARE TRUST FUND FOR CALIFORNIA; CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; CALIFORNIA'S VALUED TRUST, formerly known as CENTRAL VALLEY TRUST; OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND; PIPE TRADES DISTRICT COUNCIL NO. 36 HEALTH AND WELFARE FUND; SMW LOCAL 104 HEALTH CARE PLAN; UFCW NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND; WESTERN GROWERS ASSURANCE TRUST; CALIFORNIA GROWER FOUNDATION BENEFIT PLAN; AND DOES 1-200,<br><br>   Defendants.<br>_____ | Case No. 09-cv-01178 WBS (KJM)<br>Hon. William B. Shubb<br><br>ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT<br>[Local Rule 6-144(a)] |

-1-

Based upon the stipulation between Plaintiff LODI MEMORIAL HOSPITAL ASSOCIATION, INC., a California Public Benefit Corporation, and Defendant CALIFORNIA'S VALUED TRUST fka CENTRAL VALLEY TRUST (CVT), and Good Cause appearing, the joint request for an additional extension of time for defendat CVT to respond to the Complaint in this case, IS HEREBY GRANTED.

IT IS THEREFORE ORDERED that defendant CVT shall have an additional extension of time to answer the complaint in this case, to June 30, 2009.

SO ORDERED

DATED: June 3, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Submitted By:

HIRSCH ADELL and
J. DAVID SACKMAN, Members of
REICH, ADELL & CVITAN
A Professional Law Corporation

By: _____/S/_____
       J. DAVID SACKMAN
       Attorneys for Defendant CVT