```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


                             ----oo0oo----

LODI MEMORIAL HOSPITAL
ASSOCIATION, INC., a
California public benefit
corporation,
                                        NO. CIV. 09-1178 WBS KJM
          Plaintiff,

     v.

BLUE CROSS OF CALIFORNIA,
doing business as ANTHEM BLUE
CROSS, a California
corporation; ANTHEM BLUE CROSS
LIFE AND HEALTH INSURANCE CO.,
a California corporation; THE
WELLPOINT COMPANIES, INC., an
Indiana corporation; WELLPOINT
INC., an Indiana corporation;
ANTHEM HEALTH PLANS OF
VIRGINIA, INC., a Virginia
corporation; BLUE CROSS BLUE
SHIELD OF TEXAS, a Texas
corporation; COMMUNITY
INSURANCE COMPANY, dba ANTHEM
BLUE CROSS AND BLUE SHIELD OF
OHIO, an Ohio corporation;
McLANE COMPANY, INC., a Texas
corporation; CARPENTERS HEALTH
AND WELFARE TRUST FUND FOR
CALIFORNIA; CEMENT MASONS
HEALTH AND WELFARE TRUST FUND
FOR NORTHERN CALIFORNIA;
CALIFORNIA'S VALUED TRUST,
formerly known as CENTRAL
VALLEY TRUST; OPERATING
```

```
 1  ENGINEERS HEALTH AND WELFARE
    TRUST FUND; PIPE TRADES
 2  DISTRICT COUNCIL NO. 36 HEALTH
    AND WELFARE FUND; SMW LOCAL
 3  104 HEALTH CARE PLAN; UFCW
    NORTHERN CALIFORNIA HEALTH AND
 4  WELFARE TRUST FUND; WESTERN
    GROWERS ASSURANCE TRUST;
 5  CALIFORNIA GROWER FOUNDATION
    BENEFIT PLAN; DOES 1-200,
 6  Defendants.

 7          Defendants.
    _____/
 8

 9  LODI MEMORIAL HOSPITAL
    ASSOCIATION, INC., a
10  California public benefit
    corporation,
11
            Plaintiff,                  CIV. NO. 2:12-01071 JAM GGH
12  vs.

13  BLUE CROSS OF CALIFORNIA,
    doing business as ANTHEM BLUE
14  CROSS, a California
    corporation; ANTHEM BLUE CROSS
15  LIFE AND HEALTH INSURANCE CO.,
    a California corporation; THE
16  WELLPOINT COMPANIES, INC., an
    Indiana corporation; WELLPOINT
17  INC., an Indiana corporation;
    ANTHEM HEALTH PLANS OF
18  VIRGINIA, INC., a Virginia
    corporation; BLUE CROSS BLUE
19  SHIELD OF TEXAS, a Texas
    corporation; COMMUNITY
20  INSURANCE COMPANY, dba ANTHEM
    BLUE CROSS AND BLUE SHIELD OF
21  OHIO, an Ohio corporation;
    McLANE COMPANY, INC., a Texas
22  corporation; CARPENTERS HEALTH
    AND WELFARE TRUST FUND FOR
23  CALIFORNIA; CEMENT MASONS
    HEALTH AND WELFARE TRUST FUND
24  FOR NORTHERN CALIFORNIA;
    CALIFORNIA'S VALUED TRUST,
25  formerly known as CENTRAL
    VALLEY TRUST; OPERATING
26  ENGINEERS HEALTH AND WELFARE
    TRUST FUND; PIPE TRADES
27  DISTRICT COUNCIL NO. 36 HEALTH
    AND WELFARE FUND; SMW LOCAL
28  104 HEALTH CARE PLAN; UFCW
```

1  NORTHERN CALIFORNIA HEALTH AND
   WELFARE TRUST FUND; WESTERN
2  GROWERS ASSURANCE TRUST;
   CALIFORNIA GROWER FOUNDATION
3  BENEFIT PLAN; DOES 1-200,
   Defendants.
4
         Defendants.
5  _____/

6                    ----ooOoo----

7         Examination of the above-entitled actions reveals that
8  these actions are related within the meaning of Local Rule
9  123(a) because the actions involve the same parties and are
10 based on the same or a similar claim.  Accordingly, the
11 assignment of the matters to the same judge is likely to effect
12 a substantial saving of judicial effort and is also likely to be
13 convenient for the parties.
14         The parties should be aware that relating the cases
15 under Local Rule 123 merely has the result that both actions are
16 assigned to the same judge; no consolidation of the actions is
17 effected.  Under the regular practice of this court, related
18 cases are generally assigned to the judge to whom the first
19 filed action was assigned.
20         IT IS THEREFORE ORDERED that the actions denominated
21 Lodi Memorial Hospital Association, Inc. v. Blue Cross of
22 California, Civ. No. 2:09-1178 WBS KJM, and Lodi Memorial
23 Hospital Association, Inc. v. Blue Cross of California, Civ. No.
24 2:12-1071 JAM GGH, be, and the same hereby are, deemed related
25 and the case denominated Lodi Memorial Hospital Association,
26 Inc. v. Blue Cross of California, Civ. No. 2:12-1071 JAM GGH,
27 shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any
28 dates currently set in the reassigned case only are hereby

VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as <u>Lodi Memorial Hospital Association, Inc. v. Blue Cross of California</u>, Civ. No. 2:12-1071 WBS GGH.

     IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  April 26, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE