1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10
                                 ----oo0oo----
11

12   LODI MEMORIAL HOSPITAL
     ASSOCIATION, INC., a
13   California public benefit
     corporation,
14                                          NO. CIV. 09-1178 WBS KJM
     Plaintiff,
15
          v.
16
     BLUE CROSS OF CALIFORNIA,
17   doing business as ANTHEM BLUE
     CROSS, a California
18   corporation; ANTHEM BLUE CROSS
     LIFE AND HEALTH INSURANCE CO.,
19   a California corporation; THE
     WELLPOINT COMPANIES, INC., an
20   Indiana corporation; WELLPOINT
     INC., an Indiana corporation;
21   ANTHEM HEALTH PLANS OF
     VIRGINIA, INC., a Virginia
22   corporation; BLUE CROSS BLUE
     SHIELD OF TEXAS, a Texas
23   corporation; COMMUNITY
     INSURANCE COMPANY, dba ANTHEM
24   BLUE CROSS AND BLUE SHIELD OF
     OHIO, an Ohio corporation;
25   McLANE COMPANY, INC., a Texas
     corporation; CARPENTERS HEALTH
26   AND WELFARE TRUST FUND FOR
     CALIFORNIA; CEMENT MASONS
27   HEALTH AND WELFARE TRUST FUND
     FOR NORTHERN CALIFORNIA;
28   CALIFORNIA'S VALUED TRUST,
     formerly known as CENTRAL
     VALLEY TRUST; OPERATING

```
 1   ENGINEERS HEALTH AND WELFARE
     TRUST FUND; PIPE TRADES
 2   DISTRICT COUNCIL NO. 36 HEALTH
     AND WELFARE FUND; SMW LOCAL
 3   104 HEALTH CARE PLAN; UFCW
     NORTHERN CALIFORNIA HEALTH AND
 4   WELFARE TRUST FUND; WESTERN
     GROWERS ASSURANCE TRUST;
 5   CALIFORNIA GROWER FOUNDATION
     BENEFIT PLAN; DOES 1-200,
 6   Defendants.

 7           Defendants.
     _____/
 8

 9   LODI MEMORIAL HOSPITAL
     ASSOCIATION, INC., a
10   California public benefit
     corporation,
11
             Plaintiff,              CIV. NO. 2:12-01071 JAM GGH
12   vs.

13   BLUE CROSS OF CALIFORNIA,
     doing business as ANTHEM BLUE
14   CROSS, a California
     corporation; ANTHEM BLUE CROSS
15   LIFE AND HEALTH INSURANCE CO.,
     a California corporation; THE
16   WELLPOINT COMPANIES, INC., an
     Indiana corporation; WELLPOINT
17   INC., an Indiana corporation;
     ANTHEM HEALTH PLANS OF
18   VIRGINIA, INC., a Virginia
     corporation; BLUE CROSS BLUE
19   SHIELD OF TEXAS, a Texas
     corporation; COMMUNITY
20   INSURANCE COMPANY, dba ANTHEM
     BLUE CROSS AND BLUE SHIELD OF
21   OHIO, an Ohio corporation;
     McLANE COMPANY, INC., a Texas
22   corporation; CARPENTERS HEALTH
     AND WELFARE TRUST FUND FOR
23   CALIFORNIA; CEMENT MASONS
     HEALTH AND WELFARE TRUST FUND
24   FOR NORTHERN CALIFORNIA;
     CALIFORNIA'S VALUED TRUST,
25   formerly known as CENTRAL
     VALLEY TRUST; OPERATING
26   ENGINEERS HEALTH AND WELFARE
     TRUST FUND; PIPE TRADES
27   DISTRICT COUNCIL NO. 36 HEALTH
     AND WELFARE FUND; SMW LOCAL
28   104 HEALTH CARE PLAN; UFCW
```

1 NORTHERN CALIFORNIA HEALTH AND
  WELFARE TRUST FUND; WESTERN
2 GROWERS ASSURANCE TRUST;
  CALIFORNIA GROWER FOUNDATION
3 BENEFIT PLAN; DOES 1-200,
  Defendants.
4
            Defendants.
5 _____/

6                    ----oo0oo----

7          Examination of the above-entitled actions reveals that

8 these actions are related within the meaning of Local Rule

9 123(a) because the actions involve the same parties and are

10 based on the same or a similar claim.  Accordingly, the

11 assignment of the matters to the same judge is likely to effect

12 a substantial saving of judicial effort and is also likely to be

13 convenient for the parties.

14          The parties should be aware that relating the cases

15 under Local Rule 123 merely has the result that both actions are

16 assigned to the same judge; no consolidation of the actions is

17 effected.  Under the regular practice of this court, related

18 cases are generally assigned to the judge to whom the first

19 filed action was assigned.

20          IT IS THEREFORE ORDERED that the actions denominated

21 Lodi Memorial Hospital Association, Inc. v. Blue Cross of

22 California, Civ. No. 2:09-1178 WBS KJM, and Lodi Memorial

23 Hospital Association, Inc. v. Blue Cross of California, Civ. No.

24 2:12-1071 JAM GGH, be, and the same hereby are, deemed related

25 and the case denominated Lodi Memorial Hospital Association,

26 Inc. v. Blue Cross of California, Civ. No. 2:12-1071 JAM GGH,

27 shall be reassigned to the Honorable WILLIAM B. SHUBB.  Any

28 dates currently set in the reassigned case only are hereby

1  VACATED.   Henceforth, the caption on documents filed in the

2  reassigned case shall be shown as <u>Lodi Memorial Hospital</u>

3  <u>Association, Inc. v. Blue Cross of California</u>, Civ. No.

4  2:12-1071 WBS GGH.

5          IT IS FURTHER ORDERED that the Clerk of the Court

6  make appropriated adjustment in the assignment of civil cases to

7  compensate for this reassignment.

8  DATED:   April 26, 2012

9

10  _____

    WILLIAM B. SHUBB

11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4